**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____X

LONG BEACH CITY SCHOOL DISTRICT,

Plaintiff,

-against-

**NAOMI SEIFERT and MICHAEL SEIFERT,**
**Parents and natural guardians of C.S.,**

Defendants.
_____X

No. 23-3861

**NOTICE OF REMOVAL**

From the Supreme Court of the State of New York, County of Nassau, Index No. 608121/2023

Naomi and Michael Seifert (Defendants or Parents) hereby remove the above-captioned action to the United States District Court for the Eastern District of New York under 28 U.S.C. § 1441(a). The grounds for removal are as follows:

1. Parents are named as defendants in an action filed on May 19, 2023 in the Supreme Court of New York, County of Nassau, Index No. 608121/2023. A copy of the Complaint and all supporting papers and exhibits are attached within Exhibit B excluding photographs.

2. Plaintiff Long Beach City School District (District) seeks a temporary restraining order and permanent injunction under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400, 1415(i), 1415(j).

3. This action may be removed to this Court under because it has original jurisdiction over actions brought under the IDEA. 28 U.S.C. §1441(a); 20 U.S.C. § 1415(i)(3)(A).

4. All defendants served in this matter have consented to removal.

5. The aforementioned items represent all of the process, pleadings, orders, and hearings that have taken place in this action to Defendants' knowledge. A true and correct copy of the New York State Courts Electronic Filing System docket is attached hereto as Exhibit A.

6. The alleged events and omissions giving rise to Plaintiff's claims occurred in Long Beach, New York, such that venue is proper in the United States District Court for the Eastern District of New York.

7. Defendants will give written notice of the filing of this Notice of Removal to the District, as required by 28 U.S.C. § 1446(d).

8. Defendants will file a true and correct copy of this Notice of Removal with the Clerk of the Supreme Court of New York, County of Nassau, as required by 28 U.S.C. § 1446(d).

9. Because Plaintiff has failed to exhaust its administrative remedies, as required by the IDEA, and has otherwise failed to state a claim on which relief can be granted, Defendants intend to file a motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) and/or 12(b)(6).

10. Defendants reserve all rights to assert any and all defenses and counterclaims.

WHEREFORE, Defendants request that the foregoing action be removed from the Supreme Court of New York, County of Nassau, to the United States District Court for the Eastern District of New York.

Dated: May 24, 2023
Westbury, New York 11590

By:

Respectfully submitted,
Law Offices of Susan Deedy & Associates

Richard F. Corrao, Esq.
*Attorneys for the Parent/Student*
1600 Stewart Avenue, Ste. 603
Westbury, New York 11590
(516) 221-8133
rcorrao@susandeedylaw.com